# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D2024-1758
Lower Tribunal No. 2021-CF-016589

—————————————————

ETHAN CARTWRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal from the Circuit Court for Lee County.
Robert Branning, Judge.

July 7, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Lynn W. Martin, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED